UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:23-CR-00052 |
| | ) | |
| | ) | JUDGE TRAUGER |
| JAMES EDWARD COWAN | ) | |

## POSITION OF THE UNITED STATES WITH RESPECT TO THE PRE-SENTENCE REPORT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, Robert E. McGuire, and, in accordance with the prior orders of this court and in compliance with LCrR 32.01(c), submits the position of the United States in this case with respect to the pre-sentence report.

The United States has no objections to the Pre-sentence Report.

The United States understands that the Defendant has no objection to the Pre-sentence Report.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: */s/ Robert E. McGuire*
ROBERT E. MCGUIRE
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 401-6610
robert.mcguire@usdoj.gov

CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on the 12th day of September, 2024.

                */s/ Robert E. McGuire*
                ROBERT E. MCGUIRE