# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:23-00052 |
| v. | ) JUDGE TRAUGER |
| | ) |
| JAMES EDWARD COWAN | ) |

### POSITION OF MR. COWAN REGARDING PRESENTENCE REPORT

James Cowan, through undersigned counsel, and pursuant to Fed. R. Crim. P. 32 and LCrR32.01(c)(4), hereby notifies this Court that he has reviewed the Presentence Investigation Report (PSR) with counsel. Mr. Cowan has no objections to the advisory guideline calculations.

Respectfully submitted,

/s/ *Jessica M. Dragonetti*
JESSICA M. DRAGONETTI (BPR# 34215)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Jessica_dragonetti@fd.org

Attorney for James Edward Cowan

### CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I electronically filed the foregoing *Position Regarding Presentence Report* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Robert E. McGuire, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

/s/ *Jessica M. Dragonetti*
JESSICA M. DRAGONETTI

2