No. 24-5964

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 31, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff-Appellee, | ) |
| | ) |
| v. | )    <u>O R D E R</u> |
| | ) |
| JAMES EDWARD COWAN, | ) |
| | ) |
|    Defendant-Appellant. | ) |
| | ) |
| | ) |

In consideration of the district court's October 22, 2024 order dismissing the appeal pursuant to Federal Rule of Appellate Procedure 42(a),

This case shall be DISMISSED as improvidently docketed.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk